No. 87–1240. GENERAL COFFEE CORP. ET AL. v. CITY NATIONAL BANK OF MIAMI ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–1270. WEST ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–1278. TOWN OF NORTH BONNEVILLE, WASHINGTON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–1284. TRANS WORLD AIRLINES, INC., ET AL. v. KRONFELD. C. A. 2d Cir. Certiorari denied.

No. 87–1288. CRESPO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–1309. SCALLIO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–1360. NORTHERN VIRGINIA LAW SCHOOL, INC., ET AL. v. SOUTHERN NEW ENGLAND SCHOOL OF LAW, INC. C. A. 1st Cir. Certiorari denied.

No. 87–1362. KING v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–1374. COSTON v. PLITT THEATRES, INC. C. A. 7th Cir. Certiorari denied.

No. 87–1393. LISAK v. MERCANTILE NATIONAL BANK OF INDIANA ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1394. BLOCK DRUG CO., INC., ET AL. v. HODOSH ET AL. C. A. Fed. Cir. Certiorari denied.

No. 87–1398. JOHNSON v. HELMUS. Sup. Ct. Ohio. Certiorari denied.

No. 87–1405. GONZALES v. LEAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1406. SHIPCO 2295, INC., ET AL. v. AVONDALE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari denied.